## Commonwealth *v.* Woods, Appellant.

Submitted April 12, 1971. *John P. Liekar,* Public Defender, for appellant; *John F. Bell,* First Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wright et al., Appellants.

Argued April 15, 1971. *Paul A. Simmons,* with him *Tempest & Simmons,* for appellants; *John F. Dent,* Assistant District Attorney, with him *John N. Scales,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Hardin, Appellant, *v.* Hardin.

Argued April 14, 1971. *Gregg H. Lewellyn,* with him *Parshall and Lewellyn,* for appellant; *John H. McDaniel,* for appellee.

Judgment affirmed.